## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC., *et al.* | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al., | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 22-50172 (CTG) |
| ALAN J. SUSSMAN & ASSOCIATES, INC. dba THE SUSSMAN AGENCY, | |
| Defendant. | |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 29, 2022, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail and email on the service list attached hereto as Exhibit A:

| 06/29/2022 | 10 | Answer to Complaint (related document(s)1) Filed by Detroit Pistons Basketball Company Mediation due date: 10/27/2022. (Johnson, Ericka) (Entered: 06/29/2022) |
|---|---|---|
| 06/29/2022 | 11 | Motion to Appear pro hac vice of Paul R. Hage of Jaffe Raitt Heuer & Weiss, P.C.. Receipt Number 3906734, Filed by Detroit Pistons Basketball Company. (Johnson, Ericka) (Entered: 06/29/2022) |

x _L. Heggan_____

Laurie Heggan

Dated: June 29, 2022
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 29th day of June 2022, by Laurie
Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

X

```
JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022
```

# EXHIBIT A

Andrew W. Caine

Pachulski, Stang, Ziehl & Jones

10100 Santa Monica Boulevard, Suite 1100

Los Angeles, CA 90067
Email: acaine@pszjlaw.com


Bradford J. Sandler
Peter J Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor

Wilmington, DE 19801
Email: pkeane@pszjlaw.com
Email: bsandler@pszjlaw.com


Jeffrey L Nolan

Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.

13th Floor
Los Angeles, CA 90067
Email: jnolan@pszjlaw.com