UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.,*<br><br>Plaintiff,<br><br>vs.<br><br>DETROIT PISTONS BASKETBALL COMPANY,<br><br>Defendant. | Adv. Proc. No. 22-50189 (CTG) |

**MOTION AND ORDER FOR ADMISSION
<u>PRO</u> <u>HAC</u> <u>VICE</u> OF KIMBERLY ROSS CLAYSON**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission <u>pro hac vice</u> of Kimberly Ross Clayson of Jaffe Raitt Heuer & Weiss, P.C. to represent the Detroit Pistons Basketball Company in the above-captioned adversary proceeding.

| | |
|---|---|
| Dated:  June 29, 2022 | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Ericka F. Johnson*<br>Ericka F. Johnson (Del. Bar No. 5024)<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Phone: (302) 252-4337<br>Fax: (302) 252-4330<br>Email: Ericka.Johnson@wbd-us.com<br><br>*Attorney for the Defendant* |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of thisaction. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  June 29, 2022            */s/ Kimberly Ross Clayson*
                        Kimberly Ross Clayson
                        JAFFE RAITT HEUER & WEISS, P.C.
                        27777 Franklin Road, Suite 2500
                        Southfield, MI  48034
                        Phone: (248) 351-3000
                        Email: kclayson@jaffelaw.com

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: June 30th, 2022**            **CRAIG T. GOLDBLATT**
**Wilmington, Delaware**            **UNITED STATES BANKRUPTCY JUDGE**

WBD (US) 57000693v1