# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No.: 22-50189-CTG |
| | : | |
| Detroit Pistons Basketball Company, | : | |
| | : | |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

__X__   Mediation is scheduled to occur on March 14, 2023.

_____   A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

_____   OTHER: The Mediator expects to have a mediation date scheduled within the next 30 days.

Dated: January 9, 2023         Mediator

    */s/ David M. Banker*
David M. Banker
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue, 24th Floor
New York, NY 10022
Tel. (212) 551-7759
E-mail: dbanker@mmwr.com

5986217v1